[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-14786
Non-Argument Calendar
_____

D.C. Docket No. 0:12-cr-60107-WJZ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JEFFREY SCOTT WATSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 3, 2013)

Before BARKETT, MARTIN and BLACK, Circuit Judges.

PER CURIAM:

Robin Farnsworth, appointed counsel for Jeffrey Watson in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Watson's conviction and sentence are **AFFIRMED**.